```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

JAMES A. BRIGMAN,

    Plaintiff,

vs.                              CIVIL ACTION 11-00470-KD-B

GREAT AMERICAN OPPORTUNITIES, INC.,

    Defendant.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendant's Motion to Dismiss, to Abstain from Consideration of this Case, or to Transfer Venue to the Middle District of Tennessee be **DENIED** to the extent it seeks dismissal or abstention and **GRANTED** to the extent it seeks the transfer of this action to the Middle District of Tennessee.

Accordingly, it is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Middle District of Tennessee.

**DONE** this 26th day of January, 2012.

                                        s/ Kristi K. DuBose
                                        KRISTI K. DuBOSE
                                        UNITED STATES DISTRICT JUDGE